**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

THOMAS REDDINGER,

        Appellant

        v.

PENNSYLVANIA DEPARTMENT OF
CORRECTIONS,

        Appellee

:  No. 83 MAP 2016
:
:  Appeal from the Order of the
:  Commonwealth Court at No. 313 MD
:  2016 dated July 7, 2016.
:
:
:
:
:
:
:

## ORDER

**PER CURIAM**                             **DECIDED: February 22, 2017**

      **AND NOW,** this 22 day of February, 2017, the Order of the Commonwealth Court
is **AFFIRMED**.